CO-386-online
10/03

# United States District Court
# For the District of Columbia

CAMPAIGN LEGAL CENTER and )
DEMOCRACY 21, )
)
)
           Plaintiff )      Civil Action No. __1:16-CV-752_____
)
vs )
)
FEDERAL ELECTION )
COMMISSION, )
)
           Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Campaign Legal Center_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Campaign Legal Center_____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                       Attorney of Record

                                       __/s/ J. Gerald Hebert_____
                                       Signature

__DC Bar No. 447676_____      J. Gerald Hebert
BAR IDENTIFICATION NO.                    Print Name

                                       1411 K Street, N.W., Suite 1400_____
                                       Address

                                       Washington, D.C. 20005_____
                                       City           State        Zip Code

                                       (202) 736-2200_____
                                       Phone Number