UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAMPAIGN LEGAL CENTER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**FEDERAL ELECTION COMMISSION,**<br><br>Defendant,<br><br>**F8, LLC, et al.,**<br><br>Intervenor-Defendants. | Case No. 1:16-cv-00752 (TNM) |

## ORDER

For the reasons stated in the Memorandum Opinion, the Federal Election Commission's Motion for Summary Judgment is hereby **GRANTED**, and the Intervenor-Defendants' Motion for Summary Judgment is **GRANTED** as well. The Plaintiffs' Motion for Summary Judgment is **DENIED**.

**SO ORDERED**.

This is a final, appealable order.

Dated: June 7, 2018

TREVOR N. MCFADDEN
United States District Judge